In the Matter of the Application of ANTHONY J. ALLAIRE, Appellant, for a Writ of Mandamus against CHARLES H. KNOX et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents.

*Matter of Allaire* v. *Knox,* 62 App. Div. 29, affirmed.
(Argued October 2, 1901; decided October 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1901, which affirmed an order of Special Term denying the motion of the applicant for a peremptory writ of mandamus commanding the defendants to cancel and annul their prior action in declaring said applicant ineligible for promotion in the police department of the city of New York.

*Charles F. Wells* and *Andrew D. Parker* for appellant.

*John Whalen, Corporation Counsel* (*Theodore Connoly* and *William B. Crowell* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.